# First District.

Martin Gorski, appellee, v. Max Uzelac et al., appellants, on appeal of Max Uzelac.  Gen. No. 34,905.

Opinion filed October 19, 1931.
Balford Quintin Shields, for certain appellants.  Sinden & Hassell, for appellee; Clyde C. Fisher, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Martin Gorski, appellee, v. Max Uzelac et al., appellants.  Gen. No. 35,106.

Opinion filed October 19, 1931.
Balford Quintin Shields, for certain appellants.  Sinden & Hassell, for appellee; Clyde C. Fisher, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Paul Schulte, plaintiff in error, v. A. C. Allen, defendant in error.  Gen. No. 35,215.

Opinion filed October 19, 1931.  Rehearing denied November 2, 1931.
Robert D. Melick, for plaintiff in error.  Alden, Latham & Young, for defendant in error; Wm. L. Quinlan, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Wallace A. Brown, appellee, v. Chicago Junction Railway Company and Chicago River & Indiana Railroad Company, appellants.  Gen. No. 34,902.